Griesa, J

#610905

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

------------------------------------

DAVID POWELL,

                Plaintiff,     :        **STIPULATION**

      - *against* -             :

ERNEST LORCH and RIVERSIDE CHURCH,   :    CIV.: 07-0387 (TPG)

              Defendants.   :
------------------------------------x

    IT IS HEREBY STIPULATED by all parties to the above-entitled action that plaintiff's complaint as against defendant Riverside Church is dismissed and that the action is dismissed as against said defendant with prejudice, without costs to any party with respect to such dismissal.

Dated:   June 8, 2007

LAW OFFICE OF PAUL BRENNER
By: Paul Brenner
Attorney for Plaintiff, David Powell
401 Broadway, Suite 306
Tel. (212) 431-4880

PATTON, EAKINS, LIPSETT,
   HOLBROOK & SAVAGE
By: Frank Patton, Jr. (5237)
Attorneys for Defendant, Riverside Church
420 Lexington Avenue, Suite 2805
New York, NY 10170
(212) 878-8280

Page 1

_____
FREDERICK H. COHN
Attorney for Defendant, Ernest Lorch
61 Broadway, Suite 1601
New York, NY 10006
Tel. 212- 867-8280

CONSENTED TO:

_____
David Powell
Plaintiff

## ACKNOWLEDGMENT OF PLAINTIFF

STATE OF NEW YORK   )
                    :ss.:
COUNTY OF NEW YORK  )

    On the ____ day of ~~April~~ May 2007, before me, the undersigned, a Notary Public in and for said State, personally appeared
### DAVID POWELL
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity and that by his/her signature on the instrument, the individuals(s, or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

ROBIN ARONSON
Notary Public - State of New York
No. 02AR6132329
Qualified in Nassau County
My Commission Expires Aug 22, 2009

Page 2

C. Preska, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID POWELL,                        :

                Plaintiff,    :       **ORDER**

       - *against* -               :

ERNEST LORCH and RIVERSIDE CHURCH    :       CIV.: 07-0387 (TPG)

               Defendants.   :
------------------------------------x

    It appearing that all parties to the above-entitled action have agreed to the dismissal of plaintiff's complaint against defendant Riverside Church and the dismissal of the action with prejudice as against said defendant, as evidenced by the signatures of the attorneys for all parties, and the consent of the plaintiff, on the stipulation filed herein dated June 8, 2007, therefore,

    IT IS ORDERED AND ADJUDGED that the above-entitled action be, and it hereby is, dismissed with prejudice as against defendant Riverside Church, without costs to any party with respect to such dismissal.

Dated: July 2, 2007

                                                 Loretta A. Preska
                                         UNITED STATES DISTRICT JUDGE
                                                (Part I)